(20 Misc. Rep. 212.)

### ZUENZER et al. v. MINZENMAIR et al.

(Supreme Court, Special Term, Kings County. May, 1897.)

WILLS—CONSTRUCTION.

Testator devised his estate to his wife for life, with the proviso that, if she remarried, she should have only one-third of the income, and on her death the estate was to go to testator's children, but not to be divided until the youngest should become of age. *Held*, that partition of the estate among the children could not be made until the youngest should become of age, though before that time the widow had remarried and died.

Action by Frank Zuenzer and others against Francisca Minzenmair and others for partition. Complaint dismissed.

Peter P. Huberty, for plaintiffs.
George A. Seaman, for defendants.

GAYNOR, J. The testator devised his estate to his wife for life, with the proviso that if she remarried she should thereafter receive only one-third of the income thereof, the executors being directed to apply the other two-thirds to the support of the testator's children. Upon her death the estate was devised to the children, but not to be divided among them until the youngest child should come of age. The mother remarried and has died, but the youngest child has not come of age. The mother's death terminated the trust, but the postponement of a division by the will prevents a partition of the real estate until the time appointed. Rogers v. Dill, 6 Hill, 415.

Let the complaint be dismissed.